UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
DESIMONE, RICHARD M § Case No. 10-12080 CLB
DESIMONE, DIANE M §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

WILLIAM E. LAWSON, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants: Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter _____ on _____, and it was converted to chapter 7 on _____. The case was pending for _____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/WILLIAM E. LAWSON, TRUSTEE_____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | AMERICAN HONDA FINANCE CORPORATION | | | | | |
| 1 | GMAC | | | | | |
| 2 | GMAC | | | | | |
| NOTFILED | HSBC MORTGAGE CORP. | | | | | |
| 9 | TOYOTA MOTOR CREDIT CORPORATION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WILLIAM E. LAWSON | | | | | |
| WILLIAM E. LAWSON | | | | | |
| AARON, DAUTCH, STERNBERG & LAWSON L | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | | | | | |
| WILLIAM E. LAWSON, ESQ. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Exxon Mobil PO Box 688941 Des Moines, IA 50368-8940 |  |  |  |  |  |
|  | GMAC PO Box 9001948 Louisville, KY 40290 |  |  |  |  |  |
|  | Home Depot PO Box 6029 The Lakes, NV 88901 |  |  |  |  |  |
|  | NCAComp, Inc. 14 Lafayette Sq #700 Buffalo, NY 14203 |  |  |  |  |  |
|  | Szabo Associates 3355 Lenox Rd NE Atlanta, GA 30326 |  |  |  |  |  |
|  | Toyota Financial Services PO Box 5855 Carol Stream, IL 60197 |  |  |  |  |  |
| 8 | BUFFALO NEWS |  |  |  |  |  |
| 17 | BUFFALO NEWS |  |  |  |  |  |
| 7 | BUFFALO SPREE |  |  |  |  |  |
| 6 | DEPARTMENT STORES NATIONAL BANK/MAC |  |  |  |  |  |
| 3 | DISCOVER BANK |  |  |  |  |  |
| 12 | ECAST SETTLEMENT CORPORATION ASSIGN |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 14 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 16 | HSBC BANK NEVADA, N.A. | | | | | |
| 4 | HSBC BANK USA, N.A. | | | | | |
| 5 | HSBC BANK USA, N.A. | | | | | |
| 15 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Case No: 10-12080 CLB Judge: CARL L. BUCKI  Trustee Name: WILLIAM E. LAWSON, TRUSTEE
Case Name: DESIMONE, RICHARD M  Date Filed (f) or Converted (c): 11/08/10 (c)
DESIMONE, DIANE M  341(a) Meeting Date: 12/16/10
For Period Ending: 01/17/13  Claims Bar Date: 03/25/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 270 Park Lane, Grand | 285,000.00 | 0.00 | | 0.00 | FA |
| 2. HSBC *****1465 HSBC *****8337 | 8,000.00 | 8,000.00 | | 2,437.50 | FA |
| 3. Furniture and furnishings | 5,900.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS AND ART OBJECTS nominal items | 250.00 | 250.00 | | 125.00 | FA |
| 5. Wearing apparel and personal effects | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 700.00 | 700.00 | | 500.00 | FA |
| 7. 100 percent ownership of Kodiak Builders, Inc. | Unknown | 0.00 | | 0.00 | FA |
| 8. 50 percent ownership of Castlewood Furniture Stu | Unknown | 0.00 | | 0.00 | FA |
| 9. 2008 Acura | 20,000.00 | 5,468.55 | | 3,692.50 | FA |
| 10. 2 dogs | Unknown | 0.00 | | 0.00 | FA |
| 11. 2010 Tax Refund (u) | 0.00 | 0.00 | | 3,520.00 | FA |
| 12. 2009 Chevrolet Silverado, joint ownership | 12,500.00 | 0.00 | | 0.00 | FA |
| 13. 2006 Chevrolet Van, joint ownership | 4,747.50 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.73 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $338,097.50   $14,418.55   $10,275.73   $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 12/31/12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-12080 -CLB | | Trustee Name: | WILLIAM E. LAWSON, TRUSTEE |
| Case Name: | DESIMONE, RICHARD M | | Bank Name: | The Bank of New York Mellon |
| | DESIMONE, DIANE M | | Account Number / CD #: | *******4565  Money Market Account |
| Taxpayer ID No: | *******4004 | | | |
| For Period Ending: | 01/17/13 | | Blanket Bond (per case limit): | $ 32,892,691.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/31/11 | | RICHARD DESIMONE<br>270 PARK LANE<br>GRAND ISLAND, NY  14072 | Books, pictures, etc., Jewelry<br>DEPOSIT CHECK #1399 | | 250.00 | | 250.00 |
| | 4 | | Memo Amount:        125.00<br>Books, Pictures, etc. | 1129-000 | | | |
| | 6 | | Memo Amount:        125.00<br>Jewelry | 1129-000 | | | |
| 02/23/11 | 6 | RICHARD DESIMONE<br>270 PARK LANE<br>GRAND ISLAND, NY  14072 | Jewelry<br>DEPOSIT CHECK #1415 | 1129-000 | 250.00 | | 500.00 |
| 03/03/11 | 11 | RICHARD DESIMONE<br>270 PARK LANE<br>GRAND ISLAND, NY  14072 | 2010 Tax Refund<br>DEPOSIT CHECK #1423 | 1224-000 | 3,520.00 | | 4,020.00 |
| 03/21/11 | | RICHARD DESIMONE<br>270 PARK LANE<br>GRAND ISLAND, NY  14072 | Jewelry & 2008 Acura<br>DEPOSIT CHECK #1432 | | 250.00 | | 4,270.00 |
| | 6 | | Memo Amount:        125.00<br>Jewelry | 1129-000 | | | |
| | 9 | | Memo Amount:        125.00<br>2008 Acura | 1129-000 | | | |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,270.03 |
| 04/26/11 | 9 | RICHARD M. DESIMONE<br>270 PARK LANE<br>GRAND ISLAND, NY  14072 | 2008 Acura<br>DEPOSIT CHECK #1456 | 1129-000 | 250.00 | | 4,520.03 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,520.06 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 4,520.09 |
| 06/01/11 | 9 | Richard  Desimone<br>270 Park Lane | 2008 Acura<br>DEPOSIT CHECK #1472 | 1129-000 | 500.00 | | 5,020.09 |
| | | | | Page Subtotals | 5,020.09 | 0.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-12080 -CLB | | Trustee Name: | WILLIAM E. LAWSON, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DESIMONE, RICHARD M | | Bank Name: | The Bank of New York Mellon |
| | DESIMONE, DIANE M | | Account Number / CD #: | *******4565 Money Market Account |
| Taxpayer ID No: | *******4004 | | | |
| For Period Ending: | 01/17/13 | | Blanket Bond (per case limit): | $ 32,892,691.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/13/11 | 9 | RICHARD DESIMONE<br>270 PARK LANE<br>GRAND ISLAND, NY 14072 | 2008 Acura<br>DEPOSIT CHECK #1481 | 1129-000 | 500.00 | | 5,520.09 |
| 06/20/11 | 9 | RICHARD DESIMONE<br>270 PARK LANE<br>GRAND ISLAND, NY 14072 | 2008 Acura<br>DEPOSIT CHECK #1485 | 1129-000 | 250.00 | | 5,770.09 |
| 06/28/11 | 9 | RICHARD DESIMONE<br>270 PARK LANE<br>GRAND ISLAND, NY 14072 | 2008 Acura<br>DEPOSIT CHECK #1488 | 1129-000 | 250.00 | | 6,020.09 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,020.13 |
| 07/05/11 | 9 | RICHARD DESIMONE<br>270 PARK LANE<br>GRAND ISAND, NY 14072 | 2008 Acura<br>DEPOSIT CHECK #1493 | 1129-000 | 1,000.00 | | 7,020.13 |
| 07/18/11 | 9 | RICHARD DESIMONE<br>270 PARK LANE<br>GRAND ISLAND, NY 14072 | 2008 Acura<br>DEPOSIT CHECK #1498 | 1129-000 | 500.00 | | 7,520.13 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,520.19 |
| 08/01/11 | | RICHARD DESIMONE<br>270 PARK LANE<br>GRAND ISLAND, NY 14072 | 2008 Acura, Bk Acct.<br>DEPOSIT CHECK #1504 | | 500.00 | | 8,020.19 |
| | 9 | | Memo Amount: 317.50<br>2008 Acura | 1129-000 | | | |
| | 2 | | Memo Amount: 182.50<br>HSBC Acct. | 1129-000 | | | |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 13.46 | 8,006.73 |
| 08/16/11 | 2 | RICHARD DESIMONE<br>270 PARK LANE<br>GRAND ISLAND, NY 14072 | HSBC ACCOUNT<br>DEPOSIT CHECK #1512 | 1129-000 | 500.00 | | 8,506.73 |

Page Subtotals  3,500.10  13.46

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-12080 -CLB | Trustee Name: | WILLIAM E. LAWSON, TRUSTEE |
|---|---|---|---|
| Case Name: | DESIMONE, RICHARD M | Bank Name: | The Bank of New York Mellon |
| | DESIMONE, DIANE M | Account Number / CD #: | *******4565  Money Market Account |
| Taxpayer ID No: | *******4004 | | |
| For Period Ending: | 01/17/13 | Blanket Bond (per case limit): | $ 32,892,691.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/29/11 | 2 | RICHARD DESIMONE<br>270 PARK LANE<br>GRAND ISLAND, NY  14072 | HSBC Account<br>DEPOSIT CHECK #1518 | 1129-000 | 500.00 | | 9,006.73 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,006.80 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,981.80 |
| 09/01/11 | 2 | RICHARD DESIMONE<br>270 PARK LANE<br>GRAND ISLAND, NY  14072 | HSBC Account<br>DEPOSIT CHECK #3183 | 1129-000 | 1,255.00 | | 10,236.80 |
| 09/07/11 | 001001 | AARON, DAUTCH, STERNBERG & LAWSON LLP.<br>730 CONVENTION TOWER<br>BUFFALO, NY  14202 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 09/07/2011 FOR CASE #10-12080 | 2300-000 | | 8.79 | 10,228.01 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,228.09 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,203.09 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,203.17 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,178.17 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,178.25 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,153.25 |
| 12/21/11 | INT | The Bank of New York Mellon | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 10,153.30 |
| 12/21/11 | | Trsf To Capital One | Final Bank Funds Transfer | 9999-000 | | 10,153.30 | 0.00 |

Page Subtotals    1,755.36    10,262.09

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-12080 -CLB | Trustee Name: | WILLIAM E. LAWSON, TRUSTEE |
|---|---|---|---|
| Case Name: | DESIMONE, RICHARD M | Bank Name: | The Bank of New York Mellon |
|  | DESIMONE, DIANE M | Account Number / CD #: | *******4565 Money Market Account |
| Taxpayer ID No: | *******4004 | | |
| For Period Ending: | 01/17/13 | Blanket Bond (per case limit): | $ 32,892,691.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 1,000.00 | COLUMN TOTALS | 10,275.55 | 10,275.55 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 10,153.30 | |
|  |  | Subtotal | 10,275.55 | 122.25 | |
| Memo Allocation Net: | 1,000.00 | Less: Payments to Debtors |  | 0.00 | |
|  |  | Net | 10,275.55 | 122.25 | |

Page Subtotals      0.00      0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-12080 -CLB | | Trustee Name: | WILLIAM E. LAWSON, TRUSTEE |
| Case Name: | DESIMONE, RICHARD M | | Bank Name: | The Bank of New York Mellon |
| | DESIMONE, DIANE M | | Account Number / CD #: | *******4566 Checking Account |
| Taxpayer ID No: | *******4004 | | | |
| For Period Ending: | 01/17/13 | | Blanket Bond (per case limit): | $ 32,892,691.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|   |   |   |   |   |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

Page Subtotals   0.00   0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-12080 -CLB | Trustee Name: | WILLIAM E. LAWSON, TRUSTEE |
|---|---|---|---|
| Case Name: | DESIMONE, RICHARD M | Bank Name: | Capital One |
| | DESIMONE, DIANE M | Account Number / CD #: | *******6861 Checking Account |
| Taxpayer ID No: | *******4004 | | |
| For Period Ending: | 01/17/13 | Blanket Bond (per case limit): | $ 32,892,691.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/21/11 | | Trsf In From The Bank of New York M | Initial Bank Funds Transfer | 9999-000 | 10,153.30 | | 10,153.30 |
| 01/06/12 | INT | Capital One | Interest Rate 0.080 | 1270-000 | 0.18 | | 10,153.48 |
| 10/22/12 | 000101 | WILLIAM E. LAWSON, ESQ.<br>43 Court Street, 730 Convention Tower<br>Buffalo, NY 14202 | Attorney for Trustee Fees (Trustee | 3110-000 | | 412.50 | 9,740.98 |
| 10/22/12 | 000102 | WILLIAM E. LAWSON<br>730 CONVENTION TOWER<br>43 COURT STREET<br>BUFFALO, NY 14202-3172 | Chapter 7 Compensation/Expense | | | 1,792.54 | 7,948.44 |
| | | | Fees        1,777.57 | 2100-000 | | | |
| | | | Expenses        14.97 | 2200-000 | | | |
| 10/22/12 | 000103 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 3, Payment 8%<br>6896 | 7100-000 | | 477.79 | 7,470.65 |
| 10/22/12 | 000104 | HSBC Bank USA, N.A.<br>PO Box 2103<br>Buffalo, NY 14240 | Claim 4, Payment 8%<br>0565 | 7100-000 | | 3,126.58 | 4,344.07 |
| 10/22/12 | 000105 | HSBC Bank USA, N.A.<br>PO Box 2103<br>Buffalo, NY 14240 | Claim 5, Payment 8%<br>6735 | 7100-000 | | 1,028.52 | 3,315.55 |
| 10/22/12 | 000106 | Department Stores National Bank/Macy's<br>Nco Financial Systems, Inc.<br>PO Box 4275<br>Norcross, GA 30091 | Claim 6, Payment 8%<br>4521 | 7100-000 | | 45.15 | 3,270.40 |
| 10/22/12 | 000107 | Buffalo Spree<br>100 Corporate Parkway<br>Buffalo, NY 14226 | Claim 7, Payment 8%<br>7803 | 7100-000 | | 75.36 | 3,195.04 |

Page Subtotals         10,153.48         6,958.44

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

Exhibit 9

| | |
|---|---|
| Case No: 10-12080 -CLB | Trustee Name: WILLIAM E. LAWSON, TRUSTEE |
| Case Name: DESIMONE, RICHARD M / DESIMONE, DIANE M | Bank Name: Capital One |
| | Account Number / CD #: *******6861 Checking Account |
| Taxpayer ID No: *******4004 | |
| For Period Ending: 01/17/13 | Blanket Bond (per case limit): $ 32,892,691.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/22/12 | 000108 | Buffalo News<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, 9th Floor<br>Atlanta, GA 30326 | Claim 8, Payment 8%<br>2069 | 7100-000 | | 126.71 | 3,068.33 |
| 10/22/12 | 000109 | Portfolio Recovery Associates, LLC<br>PO Box 12914<br>Norfolk VA 23541 | Claim 10, Payment 8%<br>7891 | 7100-000 | | 508.19 | 2,560.14 |
| 10/22/12 | 000110 | eCAST Settlement Corporation assignee of Citibank (South Dakota) NA<br>POB 29262<br>New York, NY 10087-9262 | Claim 12, Payment 8%<br>2316 | 7100-000 | | 381.03 | 2,179.11 |
| 10/22/12 | 000111 | eCAST Settlement Corporation assignee of Citibank (South Dakota) NA<br>POB 29262<br>New York, NY 10087-9262 | Claim 13, Payment 8%<br>8109 | 7100-000 | | 514.65 | 1,664.46 |
| 10/22/12 | 000112 | eCAST Settlement Corporation assignee of Chase Bank USA NA<br>POB 29262<br>New York, NY 10087-9262 | Claim 14, Payment 8%<br>0587 | 7100-000 | | 333.17 | 1,331.29 |
| 10/22/12 | 000113 | LVNV Funding LLC its successors and assigns as assignee of CHASE BANK USA, NA<br>Resurgent Capital Services, PO Box 10587<br>Greenville, SC 29603-0587 | Claim 15, Payment 8%<br>8509 | 7100-000 | | 1,288.20 | 43.09 |
| 10/22/12 | 000114 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | Claim 16, Payment 8%<br>7859 | 7100-000 | | 43.09 | 0.00 |

Page Subtotals  0.00  3,195.04

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-12080 -CLB | Trustee Name: | WILLIAM E. LAWSON, TRUSTEE |
|---|---|---|---|
| Case Name: | DESIMONE, RICHARD M | Bank Name: | Capital One |
| | DESIMONE, DIANE M | Account Number / CD #: | *******6861 Checking Account |
| Taxpayer ID No: | *******4004 | | |
| For Period Ending: | 01/17/13 | Blanket Bond (per case limit): | $ 32,892,691.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 10,153.48 | 10,153.48 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 10,153.30 | 0.00 | |
| | | | | Subtotal | | 0.18 | 10,153.48 | |
| | | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | | Net | | 0.18 | 10,153.48 | |
| | | | | | | | NET | ACCOUNT |
| | | Total Allocation Receipts: | 1,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Total Allocation Disbursements: | 0.00 | Money Market Account - ********4565 | | 10,275.55 | 122.25 | 0.00 |
| | | | | Checking Account - ********4566 | | 0.00 | 0.00 | 0.00 |
| | | Total Memo Allocation Net: | 1,000.00 | Checking Account - ********6861 | | 0.18 | 10,153.48 | 0.00 |
| | | | | | | 10,275.73 | 10,275.73 | 0.00 |
| | | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00